

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00372-CR

Ricardo **CORONADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8371
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 3, 2016.

_____
Marialyn Barnard, Justice